**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Richard C. Kay*　　　　　　　　　　　　　　*Suite 400*　　　　　　　　　　DIRECT: 410-209-4850
*Assistant United States Attorney*　　　　　　*36 S. Charles Street*　　　　　MAIN: 410-209-4800
*Richard.Kay@usdoj.gov*　　　　　　　　　　*Baltimore, MD 21201-3119*　　FAX: 410-962-9293

January 16, 2015

Honorable Ellen L. Hollander
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

> Re:  United States v. 3744 Colliers Drive, etc.
>      Civil No. ELH-13-1147                   .

Dear Judge Hollander:

This is a civil forfeiture case against real property in Anne Arundel County that is allegedly proceeds traceable to a health care fraud scheme and was involved in money laundering.  Gina L. Simms, Esquire, represents the owners of the defendant property, and we believe that we have reached an agreement that will resolve both this case and the related criminal case.  The Rule 11 proceeding in the criminal case is scheduled for Wednesday, January 21, 2015.

I will submit a status report to the Court if the case is not resolved by February 22, 2014.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　Rod J. Rosenstein
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　____//s//_____
　　　　　　　　　　　　　　　　　Richard C. Kay
　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　　Gina L. Simms, Esq.
　　　　Roann Nichols, Esq., AUSA